

FILED
GREAT FALLS M.T.

'07 JUN 5 PM 2 15

PATRICK E. DUFFY, CLERK
BY _____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| ALFRED SMITH,<br><br>       Plaintiff,<br><br>vs.<br><br>MR. McDONALD, Warden; MR. LAW, Assistant Warden; MR. VARNUM, Chief of Security; MR. STUART, Lieutenant; MRS. CHRISTIAENS, Case Manager; MRS. LAMEY, Unit Manager; MS. SAMEL, Classification Clerk; MRS. STUART, Grievance Officer; PATRICK SMITH, Contract Placement Chief; C. NEUBAUER, Adm. Review Committee; J. JOHNSON, Adm. Review Committee; J. GUTHRIE, Adm. Review Committee; ROXANNE WIGERT, Adm. Review Committee; MRS. BARCLAY, Unit Counselor; MR. CHLADEK, Unit Manager; MR. MAHONEY, Warden; and BILL SLAUGHTER, Corrections Director,<br><br>       Defendants. | No. CV 07-03-GF-SEH<br><br>**ORDER** |

-1-

United States Magistrate Keith Strong entered his Findings and Recommendation[1] on May 8, 2007. Plaintiff filed objections on May 23, 2007. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Complaint[2] is DISMISSED WITH PREJUDICE.

2. The filing of this action counts as one strike against Plaintiff for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(g).

3. Any appeal from this disposition would be taken in bad faith. Fed. R. App. P. 24(a)(3).

The Clerk of Court is directed to enter judgment accordingly.

DATED this 5th day of June, 2007.

SAM E. HADDON
United States District Judge

---

[1] Docket No. 10.

[2] Docket No. 1.